JOSEPH W. CHARLES
5704 West Palmaire Avenue
Post Office Box 1737
Glendale, Arizona 85311-1737
Phone: 623-939-6546
Fax:    623-939-6718
Email: LawOffice@JoeCharles.com

JOSEPH W. CHARLES
State Bar No. 003038
Attorney for Debtors/Plaintiffs

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN THE MATTER OF: | Chapter 13 Proceedings |
| DOUGLAS ARTHUR WEBER and ANDREA JANE WEBER. | Case No. 2:09-bk-14257-RJH |
| Debtors. | MOTION FOR MORATORIUM |

    Comes now the debtors, Douglas Arthur Weber and Andrea Jane Weber, by and through counsel undersigned and respectfully request that the court grant the Movants/Debtors a moratorium on plan payments for the months of March, April and May 2010, with the debtor's payments resuming with the June 2010 and payment.

    The debtor's request this moratorium due to the debtor husband having to undergo unexpected surgical spine surgery, which has resulted in loss of income and increased expenses to the debtors which could not be foreseen.

    Debtors propose increasing funding over the last 18 months of the plan to cure any deficiency stemming from the moratorium on payments.

DATED this 6th day of March 2010.

                                            JOSEPH W. CHARLES, P.C.

                                 By:    /s/ Joseph W. Charles
                                           JOSEPH W. CHARLES
                                           5704 West Palmaire Avenue
                                           Post Office Box 1737
                                           Glendale, Arizona 85311
                                           Attorney for Debtors/Movants

Copies of the foregoing.
filed this 6th day of March 2010
and mailed to the following parties
on March 8th, 2010.

Russell Brown
Chapter 13 Trustee
Suite 800
3838 N. Central Ave.
Phoenix, AZ 85012-1965

Chrysler Financial Services Americas LLC
C/O Poli & Ball, P.L.C.
2999 North 44th Street
Suite 500
Phoenix, AZ 85018

GMAC MORTGAGE, LLC
Pite Duncan, LLP
4375 Jutland Drive
Suite 200
San Diego, CA 92177

GMACB Asset Management Corp.
c/o Pite Duncan, LLP
4375 Jutland Drive Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

| | |
|---|---|
| 1 | MERS, Inc. as nominee for<br>Suntrust Mortgage, Inc |
| 2 | 1001 Semmes Avenue<br>Richmond, VA 23224 |
| 3 | |
| 4 | SunTrust Mortgage, Inc.<br>1001 Semmes Avenue |
| 5 | Richmond, VA 23224 |
| 6 | Jason Sherman |
| 7 | Perry and Shapiro, LLP<br>3300 N. Central Ave., Suite 2200 |
| 8 | Phoenix, AZ 85012-2582 |
| 9 | U.S. Trustee |
| 10 | Office of the U.S. Trustee<br>230 N. 1st Ave. Suite 204 |
| 11 | Phoenix, AZ 85003 |
| 12 | By: /s/ S. Borek |