JOSEPH W. CHARLES, P.C.
5704 West Palmaire Avenue
Post Office Box 1737
Glendale, Arizona 85311-1737
Telephone: (623) 939-6546
Fax: (623) 939-6718
Email: LawOffice@joecharles.com

JOSEPH W. CHARLES, SBN 003038
Attorneys for Debtor/Movant

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:: | Chapter 13 Proceedings |
| DOUGLAS ARTHUR WEBER and ANDREA JANE WEBER. | Case No. 2:09-bk-14257-RJH |
| Debtors | NOTICE OF FILING MOTION FOR MORATORIUM |

TO DEBTOR, DEBTOR'S COUNSEL AND THE TRUSTEE
AND OTHER PARTIES-IN-INTEREST

NOTICE IS HEREBY GIVEN pursuant to Local Rules of the United States Bankruptcy Court, Rule No. 4001-1(d), the Debtor has filed a Motion for Moratorium in the above-referenced Chapter 13 proceeding.

Any objection or response to the Motion for Moratorium must be in writing and the original filed with the Clerk of the United States Bankruptcy Court, with a copy served upon Debtor/Movant's attorney, JOSEPH W. CHARLES, P.C., 5704 W. Palmaire Avenue, Glendale, Arizona, 85311.

**NOTICE IS HEREBY FURTHER GIVEN that if no objection or response to the Motion for Moratorium is filed within fourteen (14) days from the date of service of this Notice of Filing Motion for Moratorium, Debtor's request may**

1 **be granted without a hearing, upon the Debtor filing a certificate of service**
2 **and no objection.**
3     Dated this 6th day of March 2010.
4
5                                   JOSEPH W. CHARLES, P.C.
6
7                            By:   /s/ Joseph W. Charles
8                                   JOSEPH W. CHARLES
9                                   5704 West Palmaire Avenue
                                  Post Office Box 1737
10                                   Glendale, Arizona 85311
                                  *Attorney for Debtor/Movant*
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

An ORIGINAL of the foregoing was electronically filed with the Clerk of the Court and a COPY was mailed on this 1st day of March, 2010, to each of the following:

Aurora Loan Services, LLC
c/o Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA  92177-0933

BAC Home Loans Servicing, LP
c/o Prober and Raphael, a Law Corporation
20750 Ventura Blvd, Suite 100
Woodland Hills, CA  91364

GMAC Mortgage, LLC.
c/o Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA  92177-0933

Saxon Mortgage Services, Inc.
1270 Northland Drive, Suite 200
Mendota Heights, MN  55120

Specialized Loan Servicing, LLC
8742 Lucent Blvd., Suite 300
Highlands Ranch
Littleton, CO  80129-2386

Josephine I. Piranio, Esq.
Pite, Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA  92177-0933

Dean R. Prober, Esq.
Prober and Raphael, a Law Corporation
20750 Ventura Blvd, Suite 100
Woodland Hills, CA  91364

Hilary B. Bonial, Esq.
Brice, Vanderlinden & Wernick, P.C.
P.O. Box 829009
Dallas, TX  75382-9009

1   /s/ S. Borek