JOSEPH W. CHARLES, P.C.

5704 West Palmaire Avenue
Post Office Box 1737
Glendale, Arizona 85311-1737
Telephone: (623) 939-6546
Fax: (623) 939-6718
Email: LawOffice@joecharles.com

JOSEPH W. CHARLES, SBN 003038
Attorneys for Debtors/Movants

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Chapter 13 Proceedings |
| **DOUGLAS ARTHUR WEBER** and **ANDREA JANE WEBER**, | Case No. 2:09-bk-14257-RJH |
| Debtors. | **CORRECTED NOTICE OF FILING MOTION FOR MORATORIUM** |

TO DEBTORS, DEBTORS' COUNSEL AND THE TRUSTEE
AND OTHER PARTIES-IN-INTEREST

NOTICE IS HEREBY GIVEN pursuant to Local Rules of the United States Bankruptcy Court, Rule No. 4001-1(d), the Debtors have filed a Motion for Moratorium in the above-referenced Chapter 13 proceeding. **This corrected Notice of Filing is filed for the purpose of correcting the dates of notice and parties being noticed.**

Any objection or response to the Motion for Moratorium must be in writing and the original filed with the Clerk of the United States Bankruptcy Court, with a copy served upon Debtors/Movants' attorney, JOSEPH W. CHARLES, P.C., 5704 W. Palmaire Avenue, Glendale, Arizona, 85311.

**NOTICE IS HEREBY FURTHER GIVEN that if no objection or response to the Motion for Moratorium is filed within fourteen (14) days from the date of service of this Notice of Filing Motion for Moratorium, Debtor's request may be granted without a hearing, upon the Debtor filing a certificate of service and no objection.**

Dated this 8th day of March 2010.

**JOSEPH W. CHARLES, P.C.**

By:  /s/ Joseph W. Charles
JOSEPH W. CHARLES
5704 West Palmaire Avenue
Post Office Box 1737
Glendale, Arizona  85311
*Attorney for Debtors/Movants*

An ORIGINAL of the foregoing was
electronically filed with the Clerk of the Court
and a COPY was mailed on this 8th day of
March, 2010, to each of the following:

Russell Brown
Chapter 13 Trustee
3838 N. Central Avenue, Suite 800
Phoenix, AZ 85012-1965

Chrysler Financial Services Americas LLC
c/o Poli & Ball, P.L.C.
2999 North 44th Street, Suite 500
Phoenix, AZ 85018

GMAC MORTGAGE, LLC
c/o Pite Duncan, LLP
4375 Jutland Drive, Suite 200
San Diego, CA 92177

GMACB Asset Management Corp.
c/o Pite Duncan, LLP
4375 Jutland Drive Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

MERS, Inc. as nominee for
Suntrust Mortgage, Inc
1001 Semmes Avenue
Richmond, VA 23224

SunTrust Mortgage, Inc.
1001 Semmes Avenue
Richmond, VA 23224

Jason Sherman, Esq.
Perry and Shapiro, LLP
3300 N. Central Avenue, Suite 2200
Phoenix, AZ 85012-2582

U.S. Trustee
Office of the U.S. Trustee
230 North 1st Avenue, Suite 204
Phoenix, AZ 85003




    /s/ S. Borek