# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:09−bk−14257−RJH |
| DOUGLAS ARTHUR WEBER JR.<br>3037 WEST EAGLE CLAW DRIVE<br>PHOENIX, AZ 85086<br>**SSAN:** xxx−xx−7411<br>**EIN:** | Chapter: 13 |
| ANDREA JANE WEBER<br>3037 WEST EAGLE CLAW DRIVE<br>PHOENIX, AZ 85086<br>**SSAN:** xxx−xx−5282<br>**EIN:** | |
| Debtor(s) | |

## NOTICE OF DATE TO FILE OBJECTION TO CHAPTER 13 PLAN

## OR MOTION FOR MORATORIUM ON PLAN PAYMENTS

Notice is hereby given that the Debtor(s) have filed the enclosed or attached Chapter 13 Plan or Motion for Moratorium on Plan Payments. Pursuant to Local Rules 2084−9 and 2084−10, plan or motion confirmation is governed by the following procedures:

1. Any objection by a creditor to the Plan or Motion must be in writing and filed with the Bankruptcy Court, and copies served on the following parties no later than 14 days after the date set for the meeting of creditors or 28 days after service, whichever is later:

| | |
|---|---|
| Address of the Bankruptcy Clerk's Office | U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003−1727 |
| Address of Trustee | RUSSELL BROWN<br>CHAPTER 13 TRUSTEE<br>SUITE 800<br>3838 NORTH CENTRAL AVENUE<br>PHOENIX, AZ 85012−1965 |
| Address of Debtor(s) | DOUGLAS ARTHUR WEBER JR.<br>3037 WEST EAGLE CLAW DRIVE<br>PHOENIX, AZ 85086<br><br>ANDREA JANE WEBER<br>3037 WEST EAGLE CLAW DRIVE<br>PHOENIX, AZ 85086 |
| Address of Debtor(s) Attorney | JOSEPH W. CHARLES<br>LAW OFFICES OF JOSEPH W. CHARLES, P.C.<br>PO BOX 1737<br>GLENDALE, AZ 85311−1737 |

− − − NOTICE CONTINUES ON NEXT PAGE − − −

2.   The Trustee is to file a Recommendation within 28 days after the above date for creditor objections.

3.   If creditors file no objections and the Trustee recommends confirmation or approval, the Court may confirm the Plan or grant the Motion without a hearing.

4.   If a creditor files an objection and/or the Trustee does not recommend confirmation or approval, the Court may confirm a plan without a hearing, provided the Trustee and all objecting creditors agree to a stipulated confirmation order. If unable to so agree and stipulate, the Trustee or objecting creditor shall set the matter for hearing and provide notice to the Debtor(s) and each objecting party.

5.   **For an original plan, the failure of a party in interest to timely file an objection to confirmation of the Plan or the granting of a motion for a moratorium shall constitute acceptance of the Plan pursuant to 11 U.S.C. Section 1325(a)(5)(A), and a waiver of the requirement under Section 1324 that the Court hold a confirmation hearing within 45 days after the date of the meeting of creditors.**


**Date: March 8, 2010**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003–1727<br>Telephone number: (602) 682–4000<br>www.azb.uscourts.gov | Clerk of the Bankruptcy Court:<br><br>**Brian D. Karth** |

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on Mar 10, 2010.
```
db/jdb       +DOUGLAS ARTHUR WEBER, JR.,    ANDREA JANE WEBER,    3037 WEST EAGLE CLAW DRIVE,
              PHOENIX, AZ 85086-2108
smg           AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,    1600 W. MONROE, 7TH FL.,
              PHOENIX, AZ 85007-2650
cr           +Chrysler Financial Services Americas LLC,    C/O Poli & Ball, P.L.C.,    2999 North 44th Street,
              Suite 500,    Phoenix, AZ 85018-7252
cr           +GMACB Asset Management Corp.,    c/o Pite Duncan, LLP,    4375 Jutland Drive Suite 200,
              P.O. Box 17933,    San Diego, CA 92177-7921
8209028       AMERICAN EXPRESS,    P.O. BOX 0001,    LOS ANGELES CA 90096-0001
8452839       American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
8219354      +Atlantic Credit & Finance, Inc.,    c/o Hammerman & Hultgren, P.C.,    3101 N. Central Avenue,
              Suite 500,    Phoenix, AZ 85012-2639
8209030       BANK OF AMERICA,    P. O. Box 15726,    Wilmington DE 19886-5726
8397156      +CAPITAL ONE BANK (USA), N.A.,    C/O TSYS DEBT MANAGEMENT (TDM),    PO BOX 5155,
              NORCROSS, GA 30091-5155
8209035     ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
             (address filed with court: CHRYSLER FINANCIAL,     P.O. BOX 54200,    Phoenix AZ 85078)
8765748       CR Evergreen, LLC,    MS 550,    PO Box 91121,    Seattle, WA 98111-9221
8209036      +CREDIT ACCEPTANCE,    P O BOX 513,    SOUTHFIELD MI 48037-0513
8222054     ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
             (address filed with court: Credit Acceptance,     25505 W. 12 Mile Road,    Suite 3000,
              Southfield, MI  48034)
8226995      +Chrysler Financial Services Americas, LLC,    c/o Poli & Ball, PLC,    James E. Shively,
              2999 North 44th Street, Suite 500,    Phoenix, AZ 85018-7252
8209038      +DITECH,    P. O. Box 79135,    Phoenix AZ 85062-9135
8388411       FIA Card Services aka Bank of America,    c/o Becket and Lee LLP,    POB 3001,
              Malvern PA 19355-0701
8244870      +GMAC Mortgage, LLC,    Pite Duncan, LLP,    4375 Jutland Drive, Suite 200,
              San Diego, CA 92117-3600
8478145      +GMACB ASSET MANAGEMENT CORP.,    C/O GMAC Mortgage, LLC,    3451 Hammond Avenue,
              Waterloo, IA 50702-5345
8209040      +Hammerman & Hultgren, P.C.,    3101 N. Central Ave,    Suite 500,    Phoenix AZ 85012-2639
8209041       INTERNAL REVENUE SERVICE,    P. O. Box 0025,    Austin TX 73301-0025
8209042      +LADCO LEASING,    555 ST. CHARLES DRIVE SUITE 200,    Thousand Oaks CA 91360-3985
8209043      +LADCO LEASING,    555 Street Charles Drive, #200,    Thousand Oaks CA 91360-3985
8209044      +MANN BRACKEN LLC,    2626 S. ROOSEVELT ST STE 3,    Tempe AZ 85282-2041
8444496      +MERS, Inc. as nominee for Suntrust Mortgage, Inc,    1001 Semmes Avenue,    Richmond, VA 23224-2245
8209045      +PB&T,    5130 Parkway Plaza Blvd,    Charlotte NC 28217-1964
8209046      +PB&T LEASING,    5130 Parkway Plaza Blvd.,    Charlotte NC 28217-1964
8444519      +Perry & Shapiro, LLP,    3300 N. Central Ave., #2200,    Phoenix, AZ 85012-2582
8209047       SUN TRUST MORTGAGE,    P. O. Box 79041,    Baltimore MD 21279-0041
8910138      +SunTrust Mortgage, Inc.,    1001 Semmes Avenue,    Richmond, VA 23224-2245
8487113       eCAST Settlement Corporation assignee of Chase,    Bank USA NA,    POB 35480,
              Newark NJ 07193-5480
```
The following entities were noticed by electronic transmission on Mar 08, 2010.
```
8209029      +E-mail/Text: ACF-EBN@acf-inc.com                             ATLANTIC CREDIT & FINANCE INC,
              PO BOX 13386,    Roanoke VA 24033-3386
8527150       E-mail/Text: bankruptcy@bbandt.com                             BB&T Equipment Finance,
              BB&T-Bankruptcy 100-50-01-51,    PO Box 1847,    Wilson, NC 27894-1847
8209032      +E-mail/Text: ahouston@nautilus.com                             Bowflex,    16400 E Nautilus Drive,
              Vancouver WA 98683-5535
8225565       E-mail/PDF: mrdiscen@discoverfinancial.com Mar 09 2010 00:29:55     DISCOVER BANK,
              DFS Services LLC,    PO Box 3025,    New Albany, Ohio  43054-3025
8209037       E-mail/PDF: mrdiscen@discoverfinancial.com Mar 09 2010 00:29:55     DISCOVER CARD,    PO BOX 30395,
              Salt Lake City UT 84130-0395
8593241       E-mail/PDF: gecsedi@recoverycorp.com Mar 09 2010 00:24:52     GE Consumer Finance,
              For GE Money Bank,    dba CARE CREDIT/GEMB,    PO Box 960061,    Orlando FL 32896-0661
8209039      +E-mail/PDF: gecsedi@recoverycorp.com Mar 09 2010 00:24:53     GE MONEY BANK,    P. O. Box 960061,
              Orlando FL 32896-0061
                                                                                              TOTAL: 7
```
```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8209031       BANK OF AMERICA
8209033       CAPITAL ONE
8209034       CHASE BANK USA
cr*           CR Evergreen, LLC,    MS 550,    PO Box 91121,    Seattle, WA  98111-9221
cr*          +GMAC MORTGAGE, LLC,    Pite Duncan, LLP,    4375 Jutland Drive,    Suite 200,
              San Diego, CA 92117-3600
cr*          +MERS, Inc. as nominee for Suntrust Mortgage, Inc,    1001 Semmes Avenue,    Richmond, VA 23224-2245
cr*          +SunTrust Mortgage, Inc.,    1001 Semmes Avenue,    Richmond, VA 23224-2245
8243767*      INTERNAL REVENUE SERVICE,    PO BOX 0025,    AUSTIN TX 73301-0025
8910139*     +Perry & Shapiro, LLP,    3300 N. Central Ave., #2200,    Phoenix, AZ 85012-2582
                                                                                           TOTALS: 3, * 6
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 10, 2010**                              **Signature:**        *Joseph Speetjens*