JOSEPH W. CHARLES
5704 West Palmaire Avenue
Post Office Box 1737
Glendale, Arizona 85311-1737
Phone: 623-939-6546
Fax:   623-939-6718
Email: LawOffice@JoeCharles.com

JOSEPH W. CHARLES
State Bar No. 003038
Attorney for Debtors/Plaintiffs

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN THE MATTER OF: | Chapter 13 Proceedings |
| DOUGLAS ARTHUR WEBER and ANDREA JANE WEBER. | Case No. 2:09-bk-14257-RJH |
| Debtors. | MOTION FOR MORATORIUM |

Comes now the debtors, Douglas Arthur Weber and Andrea Jane Weber, by and through counsel undersigned and respectfully request that the court grant the Movants/Debtors a moratorium on plan payments for the months of March, April and May 2010, with the debtor's payments resuming with the June 2010 and payment.

The debtor's request this moratorium due to the debtor husband having to undergo unexpected surgical spine surgery, which has resulted in loss of income and increased expenses to the debtors which could not be foreseen.

Debtors propose increasing funding over the last 18 months of the plan to cure any deficiency stemming from the moratorium on payments.

- 1 -

DATED this 6th day of March 2010.

                                        JOSEPH W. CHARLES, P.C.

                                  By:    /s/ Joseph W. Charles
                                                JOSEPH W. CHARLES
                                                5704 West Palmaire Avenue
                                                Post Office Box 1737
                                                Glendale, Arizona  85311
                                                Attorney for Debtors/Movants

Copies of the foregoing.
filed this 6th day of March 2010
and mailed to the following parties
on March 8th, 2010.

Russell Brown
Chapter 13 Trustee
Suite 800
3838 N. Central Ave.
Phoenix, AZ 85012-1965

Chrysler Financial Services Americas LLC
C/O Poli & Ball, P.L.C.
2999 North 44th Street
Suite 500
Phoenix, AZ 85018

GMAC MORTGAGE, LLC
Pite Duncan, LLP
4375 Jutland Drive
Suite 200
San Diego, CA 92177

GMACB Asset Management Corp.
c/o Pite Duncan, LLP
4375 Jutland Drive Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

- 2 -

| | |
|---|---|
| 1 | MERS, Inc. as nominee for |
| | Suntrust Mortgage, Inc |
| 2 | 1001 Semmes Avenue |
| | Richmond, VA 23224 |
| 3 | |
| 4 | SunTrust Mortgage, Inc. |
| | 1001 Semmes Avenue |
| 5 | Richmond, VA 23224 |
| 6 | Jason Sherman |
| | Perry and Shapiro, LLP |
| 7 | 3300 N. Central Ave., Suite 2200 |
| | Phoenix, AZ 85012-2582 |
| 8 | |
| 9 | U.S. Trustee |
| | Office of the U.S. Trustee |
| 10 | 230 N. 1st Ave. Suite 204 |
| | Phoenix, AZ 85003 |
| 11 | |
| 12 | By: /s/ S. Borek |

- 3 -

# CERTIFICATE OF NOTICE

```
District/off: 0970-2           User: gaarek                Page 1 of 2                 Date Rcvd: Mar 08, 2010
Case: 09-14257                 Form ID: pdf010             Total Noticed: 37


The following entities were noticed by first class mail on Mar 10, 2010.
db/jdb      +DOUGLAS ARTHUR WEBER, JR.,    ANDREA JANE WEBER,     3037 WEST EAGLE CLAW DRIVE,
             PHOENIX, AZ 85086-2108
smg          AZ DEPARTMENT OF REVENUE,     BANKRUPTCY & LITIGATION,     1600 W. MONROE, 7TH FL.,
             PHOENIX, AZ 85007-2650
cr          +Chrysler Financial Services Americas LLC,     C/O Poli & Ball, P.L.C.,    2999 North 44th Street,
             Suite 500,    Phoenix, AZ 85018-7252
cr          +GMACB Asset Management Corp.,     c/o Pite Duncan, LLP,     4375 Jutland Drive Suite 200,
             P.O. Box 17933,    San Diego, CA 92177-7921
8209028      AMERICAN EXPRESS,    P.O. BOX 0001,    LOS ANGELES CA 90096-0001
8452839      American Express Centurion Bank,     c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
8219354     +Atlantic Credit & Finance, Inc.,     c/o Hammerman & Hultgren, P.C.,    3101 N. Central Avenue,
             Suite 500,    Phoenix, AZ 85012-2639
8209030      BANK OF AMERICA,    P. O. Box 15726,    Wilmington DE 19886-5726
8397156     +CAPITAL ONE BANK (USA), N.A.,     C/O TSYS DEBT MANAGEMENT (TDM),     PO BOX 5155,
             NORCROSS, GA 30091-5155
8209035    ++CHRYSLER FINANCIAL,     27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
             (address filed with court: CHRYSLER FINANCIAL,      P.O. BOX 54200,    Phoenix AZ 85078)
8765748      CR Evergreen, LLC,    MS 550,    PO Box 91121,    Seattle, WA 98111-9221
8209036     +CREDIT ACCEPTANCE,     P O BOX 513,    SOUTHFIELD MI 48037-0513
8222054    ++CREDIT ACCEPTANCE CORPORATION,     25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
             (address filed with court: Credit Acceptance,     25505 W. 12 Mile Road,    Suite 3000,
             Southfield, MI  48034)
8226995     +Chrysler Financial Services Americas, LLC,     c/o Poli & Ball, PLC,    James E. Shively,
             2999 North 44th Street, Suite 500,    Phoenix, AZ 85018-7252
8209038     +DITECH,    P. O. Box 79135,    Phoenix AZ 85062-9135
8388411      FIA Card Services aka Bank of America,     c/o Becket and Lee LLP,    POB 3001,
             Malvern PA 19355-0701
8244870     +GMAC Mortgage, LLC,     Pite Duncan, LLP,     4375 Jutland Drive, Suite 200,
             San Diego, CA 92117-3600
8478145     +GMACB ASSET MANAGEMENT CORP.,    C/O GMAC Mortgage, LLC,     3451 Hammond Avenue,
             Waterloo, IA 50702-5345
8209040     +Hammerman & Hultgren, P.C.,    3101 N. Central Ave,     Suite 500,    Phoenix AZ 85012-2639
8209041      INTERNAL REVENUE SERVICE,     P. O. Box 0025,    Austin TX 73301-0025
8209042     +LADCO LEASING,     555 ST. CHARLES DRIVE SUITE 200,     Thousand Oaks CA 91360-3985
8209043     +LADCO LEASING,     555 Street Charles Drive, #200,     Thousand Oaks CA 91360-3985
8209044     +MANN BRACKEN LLC,     2626 S. ROOSEVELT ST STE 3,    Tempe AZ 85282-2041
8444496     +MERS, Inc. as nominee for Suntrust Mortgage, Inc,      1001 Semmes Avenue,    Richmond, VA 23224-2245
8209045     +PB&T,    5130 Parkway Plaza Blvd,    Charlotte NC 28217-1964
8209046     +PB&T LEASING,     5130 Parkway Plaza Blvd.,    Charlotte NC 28217-1964
8444519     +Perry & Shapiro, LLP,    3300 N. Central Ave., #2200,     Phoenix, AZ 85012-2582
8209047      SUN TRUST MORTGAGE,    P. O. Box 79041,    Baltimore MD 21279-0041
8910138     +SunTrust Mortgage, Inc.,    1001 Semmes Avenue,     Richmond, VA 23224-2245
8487113      eCAST Settlement Corporation assignee of Chase,      Bank USA NA,   POB 35480,
             Newark NJ 07193-5480
The following entities were noticed by electronic transmission on Mar 08, 2010.
8209029     +E-mail/Text: ACF-EBN@acf-inc.com                            ATLANTIC CREDIT & FINANCE INC,
             PO BOX 13386,    Roanoke VA 24033-3386
8527150      E-mail/Text: bankruptcy@bbandt.com                           BB&T Equipment Finance,
             BB&T-Bankruptcy 100-50-01-51,    PO Box 1847,    Wilson, NC 27894-1847
8209032     +E-mail/Text: ahouston@nautilus.com                           Bowflex,    16400 E Nautilus Drive,
             Vancouver WA 98683-5535
8225565      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 09 2010 00:29:55      DISCOVER BANK,
             DFS Services LLC,    PO Box 3025,    New Albany, Ohio   43054-3025
8209037      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 09 2010 00:29:55      DISCOVER CARD,    PO BOX 30395,
             Salt Lake City UT 84130-0395
8593241      E-mail/PDF: gecsedi@recoverycorp.com Mar 09 2010 00:24:52       GE Consumer Finance,
             For GE Money Bank,    dba CARE CREDIT/GEMB,     PO Box 960061,    Orlando FL 32896-0661
8209039     +E-mail/PDF: gecsedi@recoverycorp.com Mar 09 2010 00:24:52       GE MONEY BANK,    P. O. Box 960061,
             Orlando FL 32896-0061
                                                                                               TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8209031      BANK OF AMERICA
8209033      CAPITAL ONE
8209034      CHASE BANK USA
cr*          CR Evergreen, LLC,    MS 550,    PO Box 91121,    Seattle, WA  98111-9221
cr*         +GMAC MORTGAGE, LLC,    Pite Duncan, LLP,    4375 Jutland Drive,    Suite 200,
             San Diego, CA 92117-3600
cr*         +MERS, Inc. as nominee for Suntrust Mortgage, Inc,      1001 Semmes Avenue,    Richmond, VA 23224-2245
cr*         +SunTrust Mortgage, Inc.,    1001 Semmes Avenue,     Richmond, VA 23224-2245
8243767*     INTERNAL REVENUE SERVICE,     PO BOX 0025,    AUSTIN TX 73301-0025
8910139*    +Perry & Shapiro, LLP,    3300 N. Central Ave., #2200,     Phoenix, AZ 85012-2582
                                                                                               TOTALS: 3, * 6

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 10, 2010**                                **Signature:**       _Joseph Speetjens_