# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
## Minute Entry

### Hearing Information:
| | |
|---|---|
| **Debtor:** | DOUGLAS ARTHUR & ANDREA JANE WEBER |
| **Case Number:** | 2:09-bk-14257-RJH  **Chapter:** 13 |
| **Date / Time / Room:** | MONDAY, AUGUST 09, 2010 10:00 AM   6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | |
| **Reporter / ECR:** | N/A |

### Matter:
PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY SUN TRUST MORTGAGE INC.

**R / M #:** 21 / 0

**VACATED:** Hearing Cont to 9/8/10 @ 10am

### Appearances:
NONE

### Proceedings:
VACATED: Hearing Cont to 9/8/10 @ 10am